# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:12-cv-01962-LJO-SMS |
| Plaintiff, | |
| | **ORDER ENLARGING TIME FOR** |
| v. | **SERVICE OF DEFENDANT** |
| JUAN BARRAGAN SANCHEZ, doing business as El Rincon Bar, | |
| Defendant. | (Doc. 8) |
| _____/ | |

Plaintiff J & J Sports Productions, Inc., by its attorney Thomas P. Riley, moves *ex parte* to enlarge time for service of Defendant Juan Barragan Sanchez, doing business as El Rincon Bar.

Plaintiff filed the complaint in this matter on November 30, 2012, alleging the address of El Rincon Bar as 6588 North Winton Way, Winton, California. A summons issued as to Juan Barragan Sanchez on December 3, 2012. On February 19, 2013, Plaintiff moved to continue the initial scheduling conference, stating that it had been unable to serve the defendant but had identified an alternative address at which it hoped to be able to serve him. Plaintiff attached no documentation of its prior attempts to serve Defendant nor did it document the purported alternative address.

On April 3, 2013, Plaintiff filed this motion to enlarge time, stating that it remained unable to perfect service on Defendant. In support of its motion, Plaintiff submitted the report of its process server, documenting five attempts between February 28 and March 7, 2013, to serve Defendant at his purported residence, 6588 Winton Way, Winton, California, the same address

1

alleged in the complaint as the address of El Rincon Bar.  On March 7, 2013, the process server was able to speak with Alberto Garay, the occupant of the premises, who reported that he had lived there two months and did not know the defendant.  Plaintiff does not document any attempt to serve the defendant at any alternative address.

Plaintiff's having failed to document any attempt to serve the defendant at his address listed in the complaint prior to its February 19, 2013 application to continue the scheduling conference, and having failed to document any attempt to serve defendant at any alternative address thereafter, its motion to enlarge time is hereby DENIED.


IT IS SO ORDERED.

**Dated:    April 10, 2013**                          /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE