# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV F 12-1962 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 12.) |
| vs. | |
| JUAN BARRAGAN SANCHEZ, | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this entire action and all claims;
2. VACATES all pending matters and dates; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   May 21, 2013         /s/  Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

1